# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WILLIE JONES, individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, a public entity; DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No. 5:21-cv-01482-JGB(KK) <br><br> **STIPULATED PROTECTIVE ORDER** <br><br> *[Filled Concurrently with Stipulated [Proposed] Protective Order Governing Production Of "Confidential" Information]* <br><br> Judge:  Hon. Jesus G. Bernal <br><br> PTC Date:       November 13, 2023 <br> Trial Date:     November 28. 2023 |

The Court having considered the Stipulated Protective Order, HEREBY ORDERED as follows:

FOR GOOD CAUSE IT IS SHOWN, IT IS SO ORDERED.

DATED:  January 4    , 2023

*[signature]*

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

4854-6511-4695.1